TRADE ACCESSORIES, INC., Appellant, *v.* ROBERT BELLET et al., Respondents.

Argued January 23, 1946; decided March 7, 1946.

*Edward Goodell* for appellant.
*Elihu J. Zwilling* for respondents.

Appeal dismissed, with costs, upon the ground that the asserted constitutional question is not the only question involved on the appeal. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.